# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA                                    NO. 2022 KW 0759

VERSUS

DERRICK PIERRE                                    **OCTOBER 12, 2022**

---

In Re:     Derrick Pierre, applying for supervisory writs, 19th
           Judicial District Court, Parish of East Baton Rouge,
           Nos. 06-97-0846 & 06-98-0961.

---

**BEFORE:     WHIPPLE, C.J., GUIDRY AND WOLFE, JJ.**

    **WRIT GRANTED.** The district court is ordered to lift the stay and to act on relator's application for postconviction relief, filed on January 12, 2022, on or before November 8, 2022, as that application did not raise claims challenging relator's non-unanimous jury verdict. A copy of the district court's action should be filed in this court on or before November 15, 2022.

**VGW**
**JMG**
**EW**

COURT OF APPEAL, FIRST CIRCUIT

_____
DEPUTY CLERK OF COURT
        FOR THE COURT